# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON-DIVISION

| | |
|---|---|
| **WILLIAM HAYWOOD GORDON**<br><br>**Plaintiff,**<br><br><br>vs.<br><br><br>**WELLS FARGO BANK N.A. INC.**<br>**(WELLS FARGO DEALER SERVICES**<br>**INC., WELLS FARGO AUTO FINANCE,**<br>**LLC), SUPERIOR RECOVERY AND**<br>**TRANSPORT, LLC**<br>**Defendants** | **CIVIL ACTION FILE NUMBER**<br><br><br>_____ |

## AFFIDAVIT OF COMPLAINT FOR DAMAGES

To whom all these presents, comes now Gordon, :William-Haywood,

attorney-in-fact for the Principal WILLIAM HAYWOOD GORDON and files this

affidavit of complaint, given from first-hand knowledge against WELLS FARGO

BANK NATIONAL ASSOCIATION INCOPORATED (WELLS FARGO

DEALER SERVICES INC.,  WELLS FARGO AUTO FINANCE, LLC) ("herein after collectively called "Wells Fargo")  and SUPERIOR RECOVERY AND TRANSPORT, LLC (herein after "Superior Recovery"),  in the above-style-casing for judgement and civil penalties for damages arising from violating the Federal Trade Commission Act, specifically the Truth in Lending Act (herein after "TILA"), Fair Debt Collections Practices Act (herein after "FDCPA"), and the Fair Credit Reporting Act (herein after "FCRA").

## I. JURISDICTION AND VENUE

1. This court has original subject matter jurisdiction pursuant to 15 U.S.C. 1640 (e), 15 U.S.C 1681p, and 15 U.S.C. 1692k (d).

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 (b) (2) as the events occurring happened in Houston County, Georgia.

## II. PARTIES

3. Plaintiff WILLIAM HAYWOOD GORDON (herein after called "Consumer") is a consumer as defined by  Congress with an abode in Houston County, Georgia.

4. Defendant Wells Fargo is a foreign corporation registered with the Georgia Secretary of State with a jurisdiction in California, a principal office at 101 N. Phillips Avenue, Sioux Falls South Dakota, 57104 and can be served by and

through its registered agent Corporation Service at 2 Sun Court, Suite 400, Peachtree Corners, 30092.

5.  Defendant Superior Recovery and Transport, LLC (herein after called "Superior Recovery") is a domestic limited liability company registered with the Georgia Secretary of State and can be served by and through its registered agent George W. Hardison at its principal office address of 790 Dunbar Road, Byron, Georgia 31008.

### III. AFFIDAVIT OF FACTS

6.  On June 1, 2022, an application was tendered with Five Star Chevrolet Cadillac, LLC (herein after called "Five Star Chevrolet") for a 2019 Chevy Tahoe to be used for personal, family, and household needs of the Consumer.

7.  Five Star Chevrolet Cadillac, LLC assigned its interest to WELLS FARGO DEALER SERVICES INCORPORATED and division of Wells Fargo (see Exhibit 1).

8.  WELLS FARGO DEALER SERVICES, INCORPORATED is using WELLS FARGO AUTO FINANCE, LLC to act as a debt collector toward the consumer for the alleged debt arising out of the June 1, 2022, transaction.

9.  It came to my awareness that when credit applications are tendered, they are promissory notes (which are legal tender) and exchanged for lawful money as all debt (legal tender) is obligations of the United States pursuant 18 U.S.C 8.

10. The Federal Reserve Act states that legal tender is exchanged dollar for dollar for lawful money, which satisfied the alleged debt arising out of the credit transaction referenced in paragraph 6.

11. A letter dated October 3, 2022, from Wells Fargo, alleged that Consumer was late in making payments and performance was required to avoid possible repossession which was rejected and disputed (see Exhibit 2).

12. The language and purposeful intent of this letter is a violation of the FDCPA, sections 1692j (a)(b), 1692e (7), 1692d (1), (2), (3), (4), (5), (6), 1692d(1).

13. On October 11, 2022, an exercised right of rescission notice was served upon Wells Fargo pursuant to 15 U.S.C 1635. Additionally, a notice of permissible purpose pursuant to 15 U.S.C 1681b (a)(2) and a notice of cease and desist pursuant to 15 U.S.C 1692lc(b) and 1692c(c) were served also (see Exhibit 3).

14. Under this statute, Consumer retains right to possession of vehicle and all security interest rights held by Wells Fargo are terminated as of 20 days after October 17, 2022.

15. In response to the Cease and Desist and requirement for valid proof of claim of an alleged debt owed, in a letter dated October 26, 2022, Wells Fargo presented a fraudulent RISC that was forged with an electronic authorization of the Consumer, added additional language under section 7 entitled "Applicable Law" and included a copy of the credit application with a signature that

the RISC the consumer has in contrast to the RISC Wells Fargo included in this correspondence (see Exhibit 4).

16. On November 20, 2022, an agent of United Auto Recovery attempted to unlawfully seize the 2019 Tahoe from our abode in Houston County, Georgia at the instruction of Wells Fargo. A notice letter of Cease and Desist and notice of unlawful attacks was served upon UAR Direct, LLC, who was acting in concert with Wells Fargo as a debt collector (see Exhibit 5)

17. In a letter dated December 15, 2022, Wells Fargo made claims that an alleged debt of $56,298.58 was due immediately. This amount included allege amount of obligations and late fees and other fees violating 15 U.S.C 1692e. (see Exhibit 6).

18. The letter goes further into detail that they have "reported to the consumer reporting agencies (also known as the credit bureaus) this account as "unpaid balance reported as a loss (charge-off) by credit grantor," violating 15 U.S.C 1681b (a) (2) and 1692c (b) and 1692c (c).

19. On the evening of December 22, 2022, Superior Recovery (working at the behest of Wells Fargo Auto) unlawfully seized the property of the Consumer from the Galleria Mall in Warner Robins, Georgia violating 15 U.S.C 1692f (6) (A) and 1692f (6)(C) and is theft, as no security interest in the vehicle exists due to the exercised right of rescission pursuant to 15 U.S.C 1635 (b).

20. Superior Recovery is a non-affiliated company outside the corporate umbrella of Wells Fargo and acting as an agent and user of data furnished by Wells Fargo Auto in its capacity of a Consumer Reporting Agency as defined by 15 U.S.C 1681a (d)(1).

21. Superior Recovery obtained and used a consumer report on the Consumer without Permissible Purpose (15 U.S.C 1681b (a) (2)) and used it to unlawfully seize Consumers private property without lawful justification violating 15 U.S.C 1681m (a)(1) and 1681m (a)(2).

22. Superior Recovery having communicated with a third party (local police department to inform them vehicle was being repossessed from Galleria Mall in Warner Robins on December 22, 2022, and Wells Fargo to let them know it was seized) is in violation of 15 U.S.C 1692c (b).

23. Superior Recovery unlawfully seized the private property of the Consumer using a tow truck with a United States Department of Transportation number which led this Consumer to the false belief that Superior Recovery is vouched for and bonded by the United States Department of Transportation while acting as a debt collector and is in violation of 15 U.S.C 1692e (1).

24. Superior Recovery, acting in concert with Wells Fargo, have used unfair and deceptive means to attempt to collect an alleged debt not permitted to be collected  by law (15 U.S.C 1635)  and are in violation of 15 U.S.C 1692f (1)

unfair practices, in violation of 15 U.S.C 1692f (6) (A) taking non judicial actions when repossessing truck and personal belongings on December 22, 2022, and in violation of 15 U.S.C 1692f (6) (A) having no present right to take truck , and in violation of 15 U.S.C 1692f (6) (C) due to the truck being exempt from taking pursuant to the exercised right of rescission of Consumer.

25. On December 28, 2022, I received a certified letter from Wells Fargo Auto stating, "we are writing to let you know we have your 2019 CHEVROLET TAHOE…and it may be sold. We plan to sell your vehicle at private auction…"

26. By and through this letter, Wells Fargo is admitting it is holding the Consumer's property. That they are in violation of 15 U.S.C 1635 which states that upon receipt of rescission, all security interest must be removed by oblige and obligor has right to maintain possession of the property arising out of the credit transaction (see Exhibit 7).

27. Wells Fargo, pursuant to 15 U.S.C 1640, 15 U.S.C 1681n, and 15 U.S.C 1692k is liable to the Consumer for actual damages and attorney fees in the calculated amount of Six Hundred Thousand Dollars ($600,000.00), as well as court costs (see Exhibit 8).

28. Superior Recovery, acting in concert with Wells Fargo, pursuant to 15 U.S.C 1681n, and 15 U.S.C 1692k is liable to the Consumer for actual damages and

attorney fees in the calculated amount of Five Hundred and Five Thousand Dollars ($505,000.00), as well as court costs (see Exhibit 9).

## **RELIEF**

Pursuant to the Federal Laws, Wells Fargo Auto and Superior Recovery, by and through their actions,  are already deemed liable to the consumer for specified remedies found in 15 U.S.C 1640, 15 U.S.C 1681n and 15 U.S.C 1692k. Consumer here by requires judgement for  actual damages in the calculated amounts, punitive damages (for the protection of past, present and future consumers and for the defendants engaging willingly and knowingly in criminal activity to deprive consumers of their rights), attorney fees, and the costs of bringing action against Wells Fargo and Superior Recovery.

I, Gordon, William-Haywood, attorney-in-fact for the Principal WILLIAM HAYWOOD GORDON do hereby declare that the foregoing is true and correct under the penalties of perjury under the laws of the United States of America.

Signed and sealed by my hand, being of the age of majority and competent on this

_28th_ day of December, 2022.

Without Recourse

By: _Gordon, :William-Haywood /attorney-in-fact_
Gordon, :William-Haywood – attorney-in-fact
1659 Highway 20 West, Suite 370
McDonough, Georgia 30253
Williamhaywoodgordon@gmail.com

THE REST OF THIS PAGE IS LEFT INTENTIONALLY BLANK

We, the witnesses, each individually do hereby declare in the presence of the

Principal and Agent who executed this instrument with signature in the presence of

each of us that: The Agent signed it willingly, that each of us hereby signs this

Affidavit of Complaint for Damages as witnesses at the request of the Principal

and Agent in the Principal's and Agent's presence.

Witness's Signature _Herrod; Michaela. Stephenae_ Date _12.28.2022_

Email Address _mherrod25@gmail.com_

Witness's Signature _Gordon; Tumire-Rikkia_ Date _12-18-2022_

Email Address _tumireimirria @yahoo.com_

## JURAT

State of _Georgia_

County of _Henry_

On this _28_ day of _December_, 2022.

_William Haywood Gordon_ Attorney-in-fact proved to me

based on satisfactory evidence to be the person (s) who appeared before me to be

the same person who executed the forgoing document, he/she acknowledge to me

that the same is free act and deed. This instrument consists of _11_ pages.

US PASSPORT – C19229476

_Teresa Harris_

Printed Name:

STAMP/COMMISSION

Signature:

I certify that this affidavit of complain has been typed in Times New Roman 14 Font.

THE REST OF THIS PAGE HAVE BEEN LEFT BLANK INTENTIONALLY