

**WELLS FARGO** Auto

EXHIBIT

**2**

Wells Fargo Auto
MAC T9017-028
6061 N State Hwy 61
Irving, TX 75068

wellsfargo.com

10/03/2022

WILLIAM GORDON
~~░░░░░░░░~~
░░░░093-1195

*Entire Form*
*Violation 15 usc 1692j(a)(b)*

Account ending in: 1873

Subject: Requirement to strictly comply with Agreement *Violation 15 urs. 1692a(7)*

Dear WILLIAM GORDON:

*violation 15 urs.*
*1692a(7)  ← violation*
*15 urc 1692d(1)(2)(3)(4)*

You are late in making your payments and action is needed to avoid possible repossession of your Vehicle.
Please review the details below.

**Brief description of your vehicle (Vehicle) and auto financing agreement (Agreement)**

| Make | CHEVROLET TRUCKS |
|---|---|
| Model | TAHOE |
| Year | 2019 |
| VIN # | 1GNSCBKC3KR303265 |
| Agreement dated | 06/01/2022 |
| Original amount of | $54,902.00 |

*15 urc 1692 d(1)(2)(3)(4)*

**Amount now due to prevent potential repossession** ← *Violation*

| Amount now due | Please pay the **Amount now due** by the **Payment deadline.** | |
|---|---|---|
| | **Amount now due** | $1,884.03 *Violation 15 urc 1692 a(2)(a)* |
| | **Payment deadline** | 10/13/2022 |
| | Please send your payment to: Wells Fargo Auto PO BOX 17900 DENVER, CO 80217-7900 **You can call us with questions at 1-800-289-8004.** | |
| **Requirement to comply with your Agreement** | Although we may have accepted late or partial payments in the past, going forward we may require you to comply with all the terms of your Agreement. | |
| **Why it's important to pay the amount now due** | If you do not pay the **Amount now due** by the **Payment deadline**, we may exercise our rights under the law, including repossessing the Vehicle and accelerating the balance of your Agreement. Accelerating the balance means the full amount you owe under the Agreement would become immediately due. *15 urc 1692 d(1)(2)* ← *violation* *15 urc. 1692d(1)(2)(3)(4)* | |
| *violation* ← | If the Vehicle is repossessed, you may be required to pay certain costs related to the repossession. Examples of costs related to repossession may include, but are not limited to, the cost to take possession of and sell the Vehicle. ← *15 urc 1692e(5)(6)* *(4)* | |

About next monthly | Once you bring your account current, it is important that you continue to make

|  | Please send your payment to:<br>Wells Fargo Auto<br>PO BOX 17900<br>DENVER, CO 80217-7900 |
|---|---|

**We're here to help**

If you have questions or would like to learn more about available payment methods, please call us as soon as possible at 1-800-289-8004, Monday - Friday, 7:00 a.m. to 9:00 p.m., or Saturday, 7:00 a.m. to 5:30 p.m. Central Time. For customers with hearing or speech disabilities, we also accept telecommunications relay service calls. Or, you can write us at:

Wells Fargo Auto
PO BOX 17900
DENVER, CO 80217-7900

Thank you.

Wells Fargo Auto

**The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.** ← violation

I Reject This offer To contract

Gordon, William- Haywood, agent

9/8/2022

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To WELLS FARGO AUTO

Street and Apt. No., or PO Box No. P.O. BOX 17900

City, State, ZIP+4® Denver, Colorado 80217-7900

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 0410 0003 3523 3375

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery |

1. Article Addressed to:

Wells FARGO Auto
P.O. Box 17900
Denver, Colorado 80217-7900

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

**RECEIVED**

**OCT 1 5 2022**

**ALAN BAXTER**

9590 9402 7501 2098 7468 78

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*
7022 0410 0003 3523 3375

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70220410000335233375

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 6:05 am on October 15, 2022 in DENVER, CO 80217.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
DENVER, CO 80217
October 15, 2022, 6:05 am

**See All Tracking History**

Feedback

---

**Text & Email Updates**        ∨

---

**USPS Tracking Plus®**        ∨

---

**Product Information**        ∨

See Less ∧

Track Another Package