FROM: Gordon; William-Haywood
1659 Highway 20 West Suite 370
McDonough, Georgia 30253



**EXHIBIT**

**3**

# CERTIFICATE OF SERVICE

Gordon; William-Haywood appeared before the under signed notary with the following documents to be sealed in a pre-paid envelope, to be mailed to:

**ATT: WELLS FARGO DEALERSHIP SERVICES**
PO BOX 997517
SACRAMENTO, CALIFORNIA 95899

**WELLS FARGO AUTO**
P.O BOX 17900
DENVER, COLORADO 80217-0900

The Documents identified as:

1. Certificate of Service
2. Rescinded Retail Installment Sales Contract
3. Notice of Rescission
4. Rescinded Retail Purchase Agreement
5. Affidavit of Truth

I undersigned Notary Public, being commissioned in the County of Henry and State of Georgia, do certify that Gordon, William-Haywood appeared before me with the following documents listed above, I the undersigned Notary do personally verify that the documents were placed in a **priority** mailed envelope and sealed before me. The priority mailed envelope number is EI 542 437 056 US and was sent United States Postal Service to PO BOX 17900, DENVER, COLORADO 80217-0900 W.6.

Date: 10/1/2022

By: Gordon; William-Haywood /agent
Without Recourse

## ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this 1st day of October A.D. 2022, a Notary, that William Haywood Gordon , personally appeared and known to me to be the man whose name subscribed to within the instrument and acknowledge to be the same.

Notary Public in and for said State of Georgia

My Commission expires: February 1, 2026

(Seal)
NOTARY
TERESA HARRIS
EXPIRES
GEORGIA
February 1, 2026
PUBLIC
HENRY COUNTY

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 70203160000150819205

Copy      Add to Informed Delivery
(https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:13 am on October 17, 2022 in DENVER, CO 80217.

Feedback

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
DENVER, CO 80217
October 17, 2022, 5:13 am

**See All Tracking History**

---

**Text & Email Updates**    ∨

---

**USPS Tracking Plus®**    ∨

---

**Product Information**    ∨

See Less ∧

Track Another Package

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

7020 3160 0001 5081 9205

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  Wello Fargo Auto
Street and Apt. No., or PO Box No. P.O. Box 17900
City, State, ZIP+4  Denver, Colorado

See Reverse for Instructions

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wello Fargo Auto
P.O. Box 17900
Denver, Colorado

|| 9590 9402 7501 2098 7469 60

2. Article Number *(Transfer from service label)*
7020 3160 0001 5081 9205

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

RECEIVED

OCT 1 7 2022

ALAN BAXTER

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt