

**Enterprise Complaints Management Office**
PO Box 5133
Sioux Falls, SD 57117

October 26, 2022



EXHIBIT

4

William Gordon
~~117 Martin Mill Trl~~
~~Warner Robbins, GA 31093-1195~~

Subject: We're responding to your concerns
Case number: 06202210219664871
Account number ending in: 1873

Dear William Gordon:

Thank you for your patience while we investigated your concerns. We've completed our research and are ready to share our findings.

**About your loan**

We have contacted 5 Star Chevrolet, who have advised that a credit application was signed, which gives permission to share information with the lender. We have attached a copy of this application for your reference, along with a copy of the sales contract detailing the terms of the agreement, which was electronically signed.

We follow strict guidelines on how we use phone numbers that customers provide us. When your account is past due, we make every effort to work with you to bring the account current. Under the terms of the Fair Debt Collection Practices Act, we sometimes make calls on weekends and may call more than once a day. Our goal is to help you resolve issues as quickly as possible and make it easier for you to make payments on your account. If you want us to cease telephone and mail communications, please mail your request to the address at the top of this letter. We're sorry for any inconvenience we may have caused you.

**About your account status**

When an account becomes past due, we make every effort to reach our customers to help resolve the past due payment and prevent further collection activity. We attempted to reach you to discuss a past due balance and potential payment options. As of the date of this letter, your account is 70 days past due. If you would like to discuss options to reduce the volume of these calls, please contact us at 1-800-289-8004, Monday - Friday, 5:00 a.m. to 7:00 p.m., or Saturday, 6:00 a.m. to 12:00 p.m. Pacific Time. We're here to help and will do our best to explore payment options that meet your needs.

(Continued on next page)

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/.

© 2021 Wells Fargo Bank, N.A. All rights reserved.

ECMO–BT129_Res_M_E_122021

**How to contact us**

We appreciate your time and effort you took to contact us. If you have questions, please contact us at 1-877-250-2265. We're ready to help you Monday through Friday from 8:00 a.m. to 5:00 p.m. Central Time. We accept telecommunications relay service calls.

Sincerely,

Stephen M
Executive Office Case Specialist
Enterprise Complaints Management Office

Enclosure

**RouteOne®**   Credit Application: Applicant

| Title (optional) | Last Name | First | Middle | Suffix | Date of Birth | Soc. Sec. # |
|---|---|---|---|---|---|---|
| | GORDON | WILLIAM | | | ▮▮▮▮ | ▮▮▮▮ |

| Present Address Line 1 | Time at Present Address | Driver's License # / State |
|---|---|---|
| ▮▮▮▮ | 0 years 1 months | |

| Present Address Line 2 | City | County | State | ZIP |
|---|---|---|---|---|
| | Warner Robins | HOUSTON | GA | 31093-1195 |

| Previous Address Line 1 | Time at Previous Address | Present Address Urbanization Code |
|---|---|---|
| ▮▮▮▮ | 2 years 0 months | |

| Previous Address Line 2 | City | State | ZIP |
|---|---|---|---|
| | Locust Grove | GA | 30248 |

| Home Phone | Cellular Phone |
|---|---|
| ▮▮▮-1725 | |

**Education**
4 yr college/university grad

| No. of Dependents | Preferred Email |
|---|---|
| | |

| Current Employment Title | Employment Status | Employment Type |
|---|---|---|
| TEACHER | Full Time | |

**Current Employer**
BIBB CO BOE

Current Employer Address Line 1

| Current Employer Address Line 2 | City | State | ZIP |
|---|---|---|---|
| | | | |

| Current Employer Phone Number | Business Ph. Ext.# | Time at Current Job | Business Email Address |
|---|---|---|---|
| (478) 765-8711 | | 0 years 1 months | |

| Previous Employer | Previous Occupation | Previous Employer Phone Number | Time at Previous Job |
|---|---|---|---|
| HENRY CO BOE | | | 7 years 0 months |

Previous Employer Address Line 1

| Previous Employer Address Line 2 | City | State | ZIP |
|---|---|---|---|
| | | | |

Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

| Gross Income | Income Received | Other Income Source | Other Income | Other Income Received | Monthly Support/Alimony Received |
|---|---|---|---|---|---|
| ▮▮▮▮ | Yearly | | | | |

**Residence Type**
Renting/Leasing

| Landlord Name / Mortgage Co. | Landlord / Mortgage Phone Number | Monthly Rent / Mortgage Payment |
|---|---|---|
| | | $1,000.00 |

| Bank Name | Bank Account Type Code |
|---|---|
| | |

| Creditor Reference #1 - Name / Address | Creditor Balance #1 | Creditor Monthly Payment #1 |
|---|---|---|
| | | |

| Creditor Reference #2 - Name / Address | Creditor Balance #2 | Creditor Monthly Payment #2 |
|---|---|---|
| | | |

| Company Financing Auto Loan | Previous Auto Loan Acct # | Previous Auto Loan Balance | Previous Auto Loan Monthly Payment |
|---|---|---|---|
| | | | |

| Nearest Relative Last Name | First | Nearest Relative Address Line 1 | Relationship | Phone # |
|---|---|---|---|---|
| | | | | |

| Nearest Relative Address Line 2 | City | State | ZIP |
|---|---|---|---|
| | | | |

| Additional Reference #1 - Last Name | First Name | Address | City | State | ZIP | Phone |
|---|---|---|---|---|---|---|
| | | | | | | |

| Additional Reference #2 - Last Name | First Name | Address | City | State | ZIP | Phone |
|---|---|---|---|---|---|---|
| | | | | | | |

| Bankruptcy Indicator | Bankruptcy Date | Repossession Indicator | Repossession Date |
|---|---|---|---|
| | | | |

**RouteOne®**

Credit Application

[X] You are applying for individual credit in your own name and are relying on your own income or assets and not the income or assets of another person as the basis for repayment of the credit requested.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT -
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

By signing this application:

I authorize dealer and any finance company, bank or other financial institution to which the dealer submits my application ("you") to investigate my credit and employment history, verify my income, obtain credit reports, and release information about your credit experience with me as the law permits.

I further authorize you to forward my application and all related information to other creditors for evaluation as a method of effectuating my request for credit.

If an account is created, I authorize you to obtain credit reports for the purpose of reviewing or taking collection action on the account, or for other legitimate purposes associated with the account.

**Monitoring, Recording, and Collection Communications**

I agree that you, your affiliates, agents and service providers may monitor and record telephone calls regarding my account to assure the quality of your service or for other reasons. I also expressly consent and agree to you, your affiliates, agents and service providers using written, electronic or verbal means to contact me as the law allows. This consent includes, but is not limited to, contact by manual calling methods, prerecorded or artificial voice messages, text messages, emails and/or automatic telephone dialing systems. I agree you, your affiliates, agents and service providers may do so using any e-mail address or any telephone number I provide, now or in the future, including a number for a cellular phone or other wireless device, regardless of whether I incur charges as a result.

I certify that I have read and agree to the terms of this application and that the information in it is complete and true.

**If you sign this credit application electronically, you intend that process to be your electronic signature on an electronic application, acknowledge receipt of all disclosures provided on the credit application, and give your authorization and consent to the recipient(s) of this application to take the actions identified in the credit application.**

**Credit Application Signature**

Applicant: By ꞉William. Haywood ꞉Gordon A.R  Date 6/1/2022

T585417247-DP585417248 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC

**LAW 553-GA-ea 4/20**

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| WILLIAM GORDON ███████████ HOUSTON | N/A | ROBINS CHEVROLET-CADILLAC, LLC 495 WATSON BOULEVARD WARNER ROBINS, GA 31093 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| Used | 2019 | Chevrolet Tahoe | 1GNSCBKC3KR303265 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural  ☐ _____ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 1,000.00 is |
|---|---|---|---|---|
| 7.39 % | $ 14,026.00 | $ 54,902.00 | $ 68,928.00 | $ 69,928.00 |

**Your Payment Schedule Will Be:**   (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | $ 919.04 | Monthly beginning 07/16/2022 |
| N/A | $ N/A | N/A |

N/A

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __50.00__ or __5__ % of the part of the payment that is late, whichever is less.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Returned Check Charge:** You agree to pay a charge equal to the greater of $30 or 5% of the check amount if any check you give us is dishonored and we make written demand that you do so.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

If the goods or services are obtained primarily for business or agricultural use, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract, unless the law allows it.

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $ __N/A__** and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

T585417247-DP585417248 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 06/03/2022 04:47:28 PM GMT

T585417247-DP585417248 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC

## ITEMIZATION OF AMOUNT FINANCED

1  Cash Price (including taxes of $ _____ 2,970.00 )  $ _____ 48,565.00 (1)

2  Total Downpayment =

Trade-in  N/A ___ N/A ___ N/A ___
    (Year)   (Make)    (Model)

| | | |
|---|---|---|
| Gross Trade-In Allowance | $ | N/A |
| Less Pay Off Made By Seller to N/A | $ | N/A |
| Equals Net Trade In | $ | N/A |
| + Cash | $ | 1,000.00 |
| + Other N/A | $ | N/A |
| + Other Rebates | $ | 0.00 |
| + Other N/A | $ | N/A |

(If total downpayment is negative, enter "0" and see 4I below)  $ _____ 1,000.00 (2)

3  Unpaid Balance of Cash Price (1 minus 2)  $ _____ 47,565.00 (3)

4  Other Charges Including Amounts Paid to Others on Your Behalf

(Seller may keep part of these amounts):

A  Cost of Optional Credit Insurance Paid to Insurance Company or Companies.

| | | |
|---|---|---|
| Life | $ | N/A |
| Disability | $ | N/A |

    $ _____ N/A

B  Vendor's Single Interest Insurance Paid to Insurance Company  $ _____ N/A

C  Other Optional Insurance Paid to Insurance Company or Companies  $ _____ N/A

D  Optional Gap Contract  $ _____ 850.00

E  Official Fees Paid to Government Agencies

| | | | |
|---|---|---|---|
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

F  Government Taxes Not Included in Cash Price  $ _____ N/A

G  Government License and/or Registration Fees

N/A

N/A  $ _____ N/A

H  Government Certificate of Title Fees  $ _____ 38.00

I  Other Charges (Seller must identify who is paid and describe purpose.)

| | | | |
|---|---|---|---|
| to N/A | for Prior Credit or Lease Balance | $ | N/A |
| to TWS | for Service Contract | $ | 4,688.00 |
| to FIVE STAR | for Documentation Fee | $ | 799.00 |
| to tws | for Tire & Wheel | $ | 962.00 |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf  $ _____ 7,337.00 (4)

5  Amount Financed (3 + 4)  $ _____ 54,902.00 (5)

---

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before

_____ N/A _____, Year _____ N/A _____. SELLER'S INITIALS _____ N/A _____

---

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ 75 _____ Mos.  _____ NAS _____
                          Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X  A  *WILLIAM GORDON*

---

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is authorized to sell such insurance in Georgia. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked on page 1 of this contract.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Check the insurance you want and sign below:
### Optional Credit Insurance

☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:

Credit Life $ _____ N/A

Credit Disability $ _____ N/A

Insurance Company Name _____

N/A

Home Office Address _____

N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☐ _____ N/A _____ N/A
    Type of Insurance      Term

Premium $ _____ N/A

Insurance Company Name _____

N/A

Home Office Address _____

N/A

☐ _____ N/A _____ N/A
    Type of Insurance      Term

Premium $ _____ N/A

Insurance Company Name _____

N/A

Home Office Address _____

N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

x B  N/A  _____ N/A _____
Buyer Signature          Date

x B  N/A  _____ N/A _____
Co-Buyer Signature      Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ORIGINAL HELD BY ROUTE ONE INC.

# OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2. YOUR OTHER PROMISES TO US**

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information during credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay 15% of the amount you owe as attorney's fees, plus court costs. We will charge only attorney's fees and court costs the law permits.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

No authentication

No signature



*LAW 553-GA-ea 4/20 v1   Page 3 of 4*

**4. WARRANTIES SELLER DISCLAIMS**

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**5. Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**6. SERVICING AND COLLECTION CONTACTS**

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**7. APPLICABLE LAW**

Federal law and the law of the state of Georgia apply to this contract.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

*↑ was not on contract I signed* (handwritten)

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.

Buyer Signs **X C** _WILLIAM GORDON_     Co-Buyer Signs **X C** _N/A_

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others. **See the rest of this contract for other important agreements.**

**NOTICE TO THE BUYER: Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to an exact copy of the contract you sign.**

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs **X D** _WILLIAM GORDON_   Date _06/01/2022_   Co-Buyer Signs **X D** _N/A_   Date _N/A_

Buyer Printed Name _WILLIAM GORDON_    Co-Buyer Printed Name _N/A_

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name _N/A_    Title _N/A_

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here **X** _N/A_   Date _N/A_   Address _N/A_

Seller signs _ROBINS CHEVROLET-CADILLAC, LLC_   Date _06/01/2022_   By **X D** _Peter Seliger_   Title _Business Man_

Seller assigns its interest in this contract to Wells Fargo Auto    (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse    ☒ Assigned without recourse    ☐ Assigned with limited recourse

Seller _ROBINS CHEVROLET-CADILLAC, LLC_

By **X E** _Peter Seliger_    Title _Business Manager_

 **LAW** FORM NO. 553-GA-ea (REV. 4/20)
©2020 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

*LAW 553-GA-ea 4/20 v1*    Page 4 of 4

*(Left margin, rotated text: UCC NON-AUTHORITATIVE COPY · TRUE AND ACCURATE COMPLETED COPY)*