FROM: Gordon; William-Haywood
1659 Highway 20 West, Suite 370
McDonough, Georgia 30253



EXHIBIT
5

# CERTIFICATE OF SERVICE

Gordon; William-Haywood appeared before the under signed notary with the following documents to be sealed in a pre-paid envelope, to be mailed to:

**ATT:  – Brad Huddleston**
**UAR DIRECT, LLC**
**311 MOORE LANE**
**COLLIERVILLE, TN 38017-2771**

The Documents identified as:

1. Certificate of Service
2. Notice of Cease and Desist
3. Affidavit of Truth
4. Invoice for Damages of FDCPA & FCRA

I undersigned Notary Public, being commissioned in the County of Henry and State of Georgia, do certify that Gordon, William-Haywood appeared before me with the following documents listed above. I, the undersigned Notary do personally verify that the documents were placed in a **certified** mailed envelope with the number 7022 0410 0003 3523 3467  and sealed before me. The certified mailed envelope and was sent United States Postal Service to 311 MOORE LANE, COLLIERVILLE, TN 38017-2771.

Date: 11/27/2022          By: _Gordon,; William- Haywood_ /attorney-in-fact
                                 _Without Recourse_

## ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this 27 day of _November_ A.D. 2022, a Notary, that _William Hayward Gordon_, personally appeared and known to me to be the man whose name subscribed to within the instrument and acknowledge to be the same

Notary Public in and for said State of Georgia

My Commission expires: _February 1, 2026_

(Seal)
TERESA HARRIS
NOTARY
EXPIRES
GEORGIA
February 1, 2026
PUBLIC
HENRY COUNTY

Certificate of Service -NOTICE TO CEASE AND DESIST...... UAR DIRECT, LLC

# WILLIAM HAYWOOD GORDON

1659 Highway 20 W Suite 370
McDonough, Georgia 30253
Williamhaywoodgordon@gmail.com

IN WITNESS WHEREOF, I, Gordon (Surname), :William-Haywood (Given Name), the agent of said Principal, under my own free will and in good faith, with good conscious, and for good reason have executed this Notice and Invoice on.

November 27 2022
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Date

Gordon :William-Haywood /agent
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Authorize Agent's Signature
Without Recourse

We, the witnesses, each do hereby declare in the presence of the Principal and Agent that has executed this instrument with signature in the presence of each of us. The Agent signed it willingly, that each of us hereby signs this Notice as witness at the request of the Principal and Agent in the Principal's and Agent's presence.

Witness's Signature Herrod, Michaela-Stephenae     Date 11-27-2022

Address 4050 HWY 42, LOCUST GROVE, GA 30248

Witness's Signature Gordon, Tomyre-Rikkia     Date 11/27/2022

Address tomyreharris@yahoo.com

NOTICE OF VIOLATIONS BY UAR DIRECT, LLC  4

# WILLIAM HAYWOOD GORDON

1659 Highway 20 W Suite 370
McDonough, Georgia 30253
Williamhaywoodgordon@gmail.com

State of _Georgia_

County of _Henry_

On this ___27___ day of _November_, 2022.

_William Haywood Gordon_ Attorney-in-fact proved to me on the basis of satisfactory evidence to be the person (s) who appeared before me to be the same person who executed the forgoing document, he/she acknowledge to me that the same is free act and deed.

This instrument consists of ___5___ pages.

US PASSPORT - _U9229476_

_Teresa Harris_

Printed Name:

Signature:

NOTICE OF VIOLATIONS BY UAR DIRECT, LLC 5