

**EXHIBIT**

6



**WELLS FARGO** Auto

December 15, 2022

 

0000057    01 SP 0.570 **SNGLP T1 1 0350 31093-119517  -C02-P00057-I

**WILLIAM GORDON**

GA 31093-1195

Subject: Payment options available for your account ending in 1873 – action requested

Dear WILLIAM GORDON:

We are writing to explain that effective 12/15/2022 your entire account balance of $56,298.58 became immediately due and owing. Please call us as soon as possible. We want to work with you and discuss options to help you resolve this matter.

**What you need to know**

When an account is seriously past due, we have the right under our contract with you to accelerate the balance of the account. This means you have to immediately pay the full amount owing, not just past due payments.

Due to the serious delinquency on your account, we have exercised our right to accelerate the balance. The entire balance, as shown below, is now due.

| | | |
|---|---|---:|
| A. | Aggregate amount of obligations as of 12/15/2022, the date of acceleration includes current principal balance due and *finance charges accrued as of the date of acceleration | $56,160.73 |
| B. | *Late fees, as of the date of acceleration | $137.85 |
| C. | *Other fees (Includes non-sufficient fund fees and attorney's fees/legal expenses, as permitted by law) as of the date of acceleration. | $0.00 |
| D. | Subtotal ("A" plus "B" plus "C") | $56,298.58 |
| | **Balance You Must Pay** | $56,298.58 |

*Any fees and/or finance charges assessed to your account subsequent to your last billing statement are included in the amounts above. Please call us for an itemized accounting of fees.

We've also reported to the consumer reporting agencies (also known as credit bureaus) this account as "unpaid balance reported as a loss (charge-off) by credit grantor."

Please contact our office at 1-800-752-8533 Monday – Friday, 9:00 a.m. to 4:00 p.m. Pacific Time to make satisfactory arrangements. We accept telecommunications relay service calls.

Thank you,

Wells Fargo Auto

**The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.**

OF/LTR-528 (10/21/21)

Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2021 Wells Fargo Bank, N.A. All rights reserved.

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70220410000335233467

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:34 am on December 12, 2022 in
COLLIERVILLE, TN 38017.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

COLLIERVILLE, TN 38017
December 12, 2022, 11:34 am

**See All Tracking History**

Feedback

---

**Text & Email Updates**        ∨

---

**USPS Tracking Plus®**        ∨

---

**Product Information**        ∨

See Less ⋀

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback