## CALCULATED CIVIL DAMAGES -WELLS FARGO AUTO

EXHIBIT

B

**Violations of TILA - pursuant to 15 U.S.C 1640**

| | |
|---|---|
| Loss of Financial Investment and Vehicle (actual damage) | $69, 928.00 |
| Finance Charge ($14, 026.00 x 2) | $28, 052.00 |
| **Sub Total for TILA VIOLATIONS** | **$97, 980.00** |

**Violations of FCRA -pursuant to 15 U.S.C 1681n**

Defamation of Character - $50,000.00 per actual damage (personal humiliation,

embarrassment, distress, mental anguish, credit defamation)          $ 250,000.00

**Sub Total for FCRA VIOLATIONS**                                    **$250,000.00**

Punitive Damages for the Rinse and Repeat Cycle of unfair and deceptive business

practices of Wells Fargo (as determined by the CFPB)                 x          3

**Violations of FDCPA- pursuant to 15 U.S.C 1692k**

Defamation of Character - $50,000.00 per actual damage (personal humiliation,

embarrassment, distress, mental anguish, credit defamation)          $250, 000.00

| | |
|---|---|
| Attorney fees | $2,020.00 |
| **Sub Total for FDCPA VIOLATIONS** | **$ 252,020.00** |
| **Total Damages (prior to Punitive Damages)** | **$ 600,000.00** |

## CALCULATED CIVIL DAMAGES -SUPERIOR RECOVERY

**EXHIBIT**

tabbies

9

**Violations of FCRA -pursuant to 15 U.S.C 1681n**

Defamation of Character - $50,000.00 per actual damage (personal humiliation, embarrassment, distress, mental anguish, credit-defamation)          $ 250,000.00

**Sub Total for FCRA VIOLATIONS**          **$250,000.00**

Punitive Damages for the egregious disregard of the law and Consumer's rights even after being noticed there were acting unlawfully          x          3

**Violations of FDCPA- pursuant to 15 U.S.C 1692k**

Defamation of Character - $50,000.00 per actual damage (personal humiliation, embarrassment, distress, mental anguish, credit-defamation)          $250, 000.00

Attorney fees   ($500.00 per 10hours)          $5,000.00

**Sub Total for FDCPA VIOLATIONS**          **$255,000.00**

**Total Damages (prior to Punitive Damages)**          **$ 505,000.00**