## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **WILLIAM HAYWOOD GORDON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **Case No.: 5:22-cv-00458-MTT** |
| **WELLS FARGO BANK, N.A. INC.** | ) |
| **(WELLS FARGO DEALER SERVICES,** | ) |
| **WELLS FARGO AUTO FINANCE, LLC);** | ) |
| **SUPERIOR RECOVERY AND** | ) |
| **TRANSPORT, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## <u>ORDER</u>

This matter is before the Court on the Motion to Stay filed by defendant identified as "Wells Fargo Bank, N.A., Inc. (Wells Fargo Dealer Services, Wells Fargo Auto Finance, LLC)," properly known as Wells Fargo Auto, a division of Wells Fargo Bank, N.A., fka Wells Fargo Dealer Services ("Wells Fargo"). Upon review of the docket, and for good cause shown, the Court finds the Motion is due to be granted. Accordingly, the Court ORDERS that all case deadlines imposed by the Local Rules or the Rules of Civil Procedure and discovery are hereby stayed pending resolution of the Motion to Dismiss filed by Wells Fargo (Doc. 37.)

_____
JUDGE