**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **WILLIAM HAYWOOD GORDON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:22-CV-458 (MTT)** |
| | ) | |
| **WELLS FARGO BANK NA INC, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

This matter is before the Court on the Motion to Stay filed by defendant identified as "Wells Fargo Bank, N.A., Inc. (Wells Fargo Dealer Services, Wells Fargo Auto Finance, LLC)," properly known as Wells Fargo Auto, a division of Wells Fargo Bank, N.A., fka Wells Fargo Dealer Services ("Wells Fargo").  Upon review of the docket, and for good cause shown, Wells Fargo's motion to stay (Doc. 16) is **GRANTED**. Accordingly, the Court **ORDERS** that all case deadlines imposed by the Local Rules or the Rules of Civil Procedure and discovery are hereby stayed pending resolution of the Motion to Dismiss filed by Wells Fargo (Doc. 7.)

**SO ORDERED**, this 9th day of March, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT