# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA – MACON

=====================================

| | |
|---|---|
| **WILLIAM HAYWOOD GORDON,**<br>**Plaintiff** | **5:22 cv 00458  MTT** |
| | |
| **v.** | **NOTICE OF MOTION**<br>**FOR LEAVE TO AMEND**<br>**ORIGINAL AFFIDAVIT** |
| **WELLS FARGO BANK N.A. INC., et al.** | **OF COMPLAINT FOR** |
| **Defendants.** | **DAMAGES.** |

=====================================

## NOTICE OF MOTION: MOTION FOR LEAVE OF COURT TO AMEND PLAINTIFF'S ORIGINAL AFFIDAVIT OF COMPLAINT FOR DAMAGES

**PLEASE TAKE NOTICE** that Gordon, :William-Haywood, agent for the principal WILLIAM HAYWOOD GORDON,  shall respectfully move this Court pursuant to Federal Rule of Civil Procedure 15, before the Honorable Chief Justice Marc T. Treadwell, United States District Court for the Macon Division of the Middle District of Georgia, at the United States District Courthouse, 475 Mulberry Street, Macon, Georgia on date to be issued by the Court, but as timely as the matter may be heard, for an Order granting Plaintiff's MOTION FOR LEAVE OF COURT TO AMEND.

In support, Plaintiff submits an Affidavit in Support of Motion for Leave to Amend (exhibit A), and a Memorandum of Law dated March 27, 2023 (exhibit B), and a copy of Plaintiff's First Amended Pleading attached (exhibit C).

Done by my will and hand in good faith, with good conscious, and for good reason on this _27_ day of March 2023.

*Without Recourse*

BY: _Gordon : William-Haywood / agent_
        For: WILLIAM HAYWOOD GORDON
        1659 Highway 20 West, Suite 370
        McDonough, Georgia 30253
        williamhaywoodgordon@gmail.com