*Exhibit A*

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE OF COURT TO AMEND AFFIDAVIT OF COMPLAINT FOR DAMAGES

I, Gordon,: William- Haywood make the following declaration under the pains of penalty of perjury under the laws of the United States of America, being of age, competent, and with first-hand knowledge, respectfully petition this Court to issue an order for Leave to Amend his original complaint. Plaintiff is entitled to Leave to Amend pursuant to Rule 15 of the Federal Rules of Civil Procedure.

1. Plaintiff petitions to add Five Star Chevrolet Cadillac, LLC who is the seller/creditor listed on the contract evidencing the credit sale which gives rise to the original complaint. Plaintiff brings claim of violations under the Georgia Fair Business Practices Act and Georgia Tort- Invasion of Privacy-Identity Theft.

2. Plaintiff petitions to add Michael P. Santomassimo operating in his corporate title of Chief Financial Officer of Wells Fargo Bank N.A. Inc. and his individual capacity for Breach of Fiduciary Duty for failing to perform his obligated duty regarding to Plaintiff's account with Wells Fargo Bank N.A. Inc.

3. Plaintiff petitions to add Cox Automotive Incorporated. Cox Automotive Incorporated, operating in this instance as Manheim Auto Auction-Atlanta is acting as an assigned debt collector of Wells Fargo Bank N.A. Inc., and is being added pursuant to violations of the Fair Debt Collection Practices Act and Georgia Tort -theft by conversion. Cox Automotive Inc. was last in possession of Plaintiff's vehicle which was seized without lawful right and transferred to Cox Automotive Inc., possession of December 31, 2022, three days after initial claim was filed.

4. Plaintiff petitions to add Stephen M. Rowley operating in his corporate title of Chief Executive Officer and in his individual capacity for Breach of Fiduciary Duty. The Statutory Duty and violation is just arising under the Fair Debt Collection Practices Act.

5. Plaintiff also petitions to amend the name of original Defendant Wells Fargo Bank N.A. Incorporated (Wells Fargo Dealer Services, Incorporated, Wells Fargo Auto Finance, LLC) to Wells Fargo Bank N.A. Incorporated and add a count violation under the Georgia Fair Business Practices Act and Georgia Tort- identity theft.

6. Plaintiff also petitions to amend and add theft by conversion, Georgia Tort against Superior Recovery and Transport, LLC for its role in seizing Plaintiff's property without just cause.

GORDON'S AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE -2

The Plaintiff, by and through multiple channels of correspondence, has attempted to settle these matters privately to avoid using the Courts, but have been rejected. No defendant will be unfairly prejudiced by these additions, as they all had been noticed prior by certified mail (attached as exhibits in amended complaint). As a result, in the interest of justice the Plaintiff petitions the Court to freely grant leave and issue an ORDER for said leave. Plaintiff provides Memorandum of Law and attached proposed amended complaint for the Courts review.

_March 27, 2023_
    Date

_Without Recourse_

_Gordon, : William-Haywood/agent_
For: WILLIAM HAYWOOD GORDON
1659 Highway 20 West, Suite 370
McDonough, Georgia 30253
Williamhaywoodgordon@gmail.com

GORDON'S AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE -3

## WITNESS PAGE

We, individually, the witnesses, each do hereby declare in the presence of the Principal and Agent that has executed this instrument with signature in the presence of each of us. The Agent signed it willingly, that each of us hereby signs this Notice as witness at the request of the Principal and Agent in the Principal's and Agent's presence.

Witness's Signature _HERROD, ·Michaela-StephANAE_ Date _MARCH 27, 2023_

Email Address _MHERROD25@gmail.com_

Witness's Signature _Gordon Tonyra-Rikkia_ Date _March 27, 2023_

Email Address _tonyrenikka@yahoo.com_

GORDON'S AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE -4

## JURAT

State of _Georgia_

County of _Henry_

This instrument was acknowledged before me on this _27th_ day of

_March_ , 2023. _William Haywood Gordon_ proved to me on the

Basis of satisfactory evidence to be the person (s) who appeared before me.

US PASSPORT - _C192294746_

_Teresa Harris_

Printed Name:

Signature:

GORDON'S AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE -5