Gmail

Gordon, William Haywood <williamhaywoodgordon@gmail.com>

---

## Hey William - fresh picks from our lot

---

**Five Star Chevrolet Cadillac Buick GMC Warner Robins** <offers-chevrolet-wr@fivestaronline.net>
Reply-To: Five Star Chevrolet Cadillac Buick GMC Warner Robins <offers-chevrolet-wr@fivestaronline.net>
To: williamhaywoodgordon@gmail.com

Tue, May 31, 2022 at 7:01 AM


(478) 449-2881

**EXHIBIT**

**1**

tabbies'

# Our favorite vehicles on the lot, picked just for you

Check out these picks from Five Star Chevrolet Cadillac Buick GMC - Warner Robins and schedule a test drive today.

Get in Touch



**RECENTLY REDUCED**

## 2019 Chevrolet Tahoe

NEW PRICE

**$45,799**

REDUCED BY

**↓ $1,000**

View Details

Not interested? View 6 other similar vehicles

UNITED STATES DISTRICT COURT
MIDDLE  DISTRICT OF GEORGIA
MACON - DIVISION

WILLIAM HAYWOOD GORDON ,

_____ ,

Plaintiff(s),

v.

WELLS FARGO BANK N.A. INC, (WELLS ,

FARGO DEALER SERVICES, INC, WELLS ,

FARGO AUTO FINANCE, LLC) SUPERIOR ,

RECOVERY AND TRANSPORT, LLC. ,

Defendant(s).

5:22   -CV- 00458 MTT

**AFFIDAVIT OF SERVICE**

I,   Gordon, :William-Haywood _____ , declare under the pains of penalty
of perjury under the laws of tthe United States of America the following:

I have served a copy of the attached motion papers upon the all of the other parties in this case by
*(check the one which applies)*   Mailing |   X   |   Hand-delivering |   |
the motion papers to the attorneys for all of the other parties at the following addresses:

Jennifer E. Ziemann
 BURR & FORMAN
 117 17th  NW  STE 1100
 Atlanta, Georgia 30363
on
 MARCH 27, 2023        Without Recourse

By Gordon : William-Haywood/agent
for: WILLIAM-HAYWOOD GORDON
*(your signature)*

Sworn to before me this 27th
day of March , 20 23

Notary Public

TERESA HARRIS
NOTARY
EXPIRES
GEORGIA
February 1, 2026
PUBLIC
HENRY COUNTY