Gmail

**Gordon, William Haywood <williamhaywoodgordon@gmail.com>**

---

## Signed Lease

---

**Gordon, William Haywood** <williamhaywoodgordon@gmail.com>
To: "dthomas@fivestaronline.net" <dthomas@fivestaronline.net>

Wed, Jun 1, 2022 at 4:52 PM

[Quoted text hidden]



**Residential Lease - 117 Martin Mill Trl.pdf**
22502K