**Bank of America**     Online Banking

Business Adv Fundamentals - ██████ Account Activity Transaction Details

**EXHIBIT**

**3**

| | |
|---|---|
| **Post date:** | 06/02/2022 |
| **Amount:** | -1,000.00 |
| **Type:** | Debit card |
| **Purchaser:** | WILLIAM H GORDON |
| **Description:** | FIVE STAR CHEVROL 06/01 PURCHASE WARNER ROBINS GA DEBIT CARD *8743 |
| **Merchant category:** | Automobile and Truck Dealers - Sales, Service, Repairs, Parts, and Leasing |
| **Merchant category code:** | 5511 |
| **Merchant name:**  | FIVE STAR CHEVROL |
| **Merchant information:** | WARNER ROBINS,GA |
| **Transaction category:** | Transportation: Automotive Expenses |