< (478) 796-5201

EXHIBIT

6

tabbies

Tuesday, Jun 7 • 1:24 PM

Texting with (478) 796-5201 (SMS/MMS)

> Hi Derak
> This is Tomyra Gordon
> Here is my phone number. You can contact me when the part is in, so I can drop the truck off and get it detailed.

Ok sounds good. Thank you

> Also, how can I get the paperwork for the truck. Will said that it was done all online. Who can I connect with to get hardcopies of everything that was signed?

Jun 7, 1:47 PM • SMS

He should be getting it in his email

Should be able to just print it off

Tuesday, Jun 7 • 5:20 PM

Hey they sent the paperwork again over to William can you get him to check to see if he got it

Text message

 Gmail                                 **Gordon, William Haywood <williamhaywoodgordon@gmail.com>**

---

## Paperwork

---

**Gordon, William Haywood** <williamhaywoodgordon@gmail.com>                    Tue, Jun 7, 2022 at 2:06 PM
To: dthomas@fivestaronline.net

Greetings,

I have went through my email and I find no signs of paperwork being emailed. I have went through spam and every folder I have. What would be the email title?  Just so I can settle everything, is it possible for you to resend it to this email address? We have received every other communication, not sure why we didn't receive that.


Thanks,
Coach Gordon

 **Gmail**

Gordon, William Haywood <williamhaywoodgordon@gmail.com>

## (no subject)

**Peter Seliger** <pseliger@fivestaronline.net>    Tue, Jun 7, 2022 at 3:32 PM
To: williamhaywoodgordon@gmail.com

**HAVE A GREAT DAY**

**PETER SELIGER**

📄 **70018299.pdf**
2691K