

**EXHIBIT**

9630
9630 ETR - TITLETEC
4125 WELCOME ALL RD
ATLANTA, GA 30349



# STATE OF GEORGIA
# MOTOR VEHICLE REGISTRATION

| REGISTRANT'S NAME | SERVICE AGENT ID | EXPIRATION DATE | FEES | |
|---|---|---|---|---|
| WILLIAM HAYWOOD GORDON | | 2/21/2023 | | |
| TITLE NUMBER | BRANCH | PURCHASE DATE | TITLE AD VALOREM TAX | 2970.00 |
| 770121242100963 | 9630 | 6/1/2022 | ANNUAL REGISTRATION FEE | 20.00 |
| CLASSIFICATION | TAG FEE | APPLICATION DATE | TITLE FEE | 18.00 |
| Passenger Car/Light Truck | 20.00 | 6/11/2022 | MAIL PLATE CONVENIENCE FEE | 5.00 |
| TAG NUMBER | MAKE / YEAR | SERVICE DATE | TOTAL FEES PAID | 3013.00 |
| CUG1207 - CUG1207 | CHEV 2019 | 6/13/2022 | | |
| MODEL | COUNTY / STYLE / FUEL | COLOR | PAYMENT TYPE | |
| TAHOE | 019 MP G | GRY/GRY | | |
| VIN | DISTRICT GVW | CUSTOMER 1 NUMBER | | |
| 1GNSCBKC3KR303265 | 7100 | 052199560 | | |
| COUNTY DESCRIPTION | DECAL | CUSTOMER 2 NUMBER | | |
| HOUSTON | 07336734 | | | |
| INSURANCE STATUS | FARM VEH / EQUIP. NO | LEASE DESCRIPTION | | |
| ACTIVE | N | | | |

**INSTRUCTIONS:**
1) Remove decal by bending paper along dotted line.
2) Lift edge of decal and slowly peel.
3) See back side for instructions.

WILLIAM HAYWOOD GORDON
1659 HIGHWAY 20 W, STE 370
MCDONOUGH, GA 30253-7311

LIEN 1 OF 1
WELLS FARGO DEALER SERVICES
PO BOX 997517
SACRAMENTO, CA 95899-7517

Without Recourse, All Rights Reserved



SIGNATURE: Gordon, William-Haywood

OD2206132231-35758-156 - P THIS IS NOT A BILL   THIS IS YOUR RECEIPT   *** RETAIN FOR TAX PURPOSES ***

PEEL HERE