EXHIBIT
tabbies

**Tracking Number:**

Remove ✕

# 70220410000335232132

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/?
_gl=1*1ictc2i*_ga*MzIwMDIzNDczLjE2NzczOTA2ODc.*_ga_3NXP3C8S9V*MTY3ODAzODY1My4zLjEuMTY3ODA0MDk5Ni4wLjAuMA..)

## Latest Update

Your item has been delivered and is available at a PO Box at 5:06 am on August 11, 2022 in DENVER, CO 80217.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, PO Box**
DENVER, CO 80217
August 11, 2022, 5:06 am

**See All Tracking History**

Feedback

---

**Text & Email Updates**                                                          ∨

---

**USPS Tracking Plus®**                                                           ∨

---

**Product In**                                                                    ∨

Track Another Pa

Enter trackir

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wells Fargo Auto
P.O. Box 17900
Denver, CO 80217

9590 9402 7311 2028 1853 25

2. Article Number (Transfer from service label)

7022 0410 0003 3523 2132

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
B. Received by (Printed Name)          C. Date of Delivery
☐ Agent
☐ Addressee

D. Is delivery add     RECEIVED     ☐ Yes
If YES, enter                        ☐ No

AUG 11 2022

ALAN BAXTER

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs >



**Tracking Number:**

## 70220410000335231227

Remove ✕

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:06 am on September 7, 2022 in DENVER, CO 80217.

## Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
DENVER, CO 80217
September 7, 2022, 5:06 am

**See All Tracking History**

Feedback

---

**Text & Email Up---**

**USPS Tracking**

**Product Inform:**

Track Another Package

Enter tracking or barco

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wells Fargo Auto
P.O. Box 17900
Denver, CO  80217-0900

9590 9402 7501 2098 7474 79

2. Article Number (Transfer from service label)

7022 0410 0003 3523 1227

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee
X

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

MONTE HARPER

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# USPS Tracking®

FAQs >



EXHIBIT

8.2

Remove ✕

**Tracking Number:**

# 70220410000335233054

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered and is available at a PO Box at 6:08 am on September 17, 2022 in DENVER, CO 80217.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered

**Delivered, PO Box**

DENVER, CO 80217
September 17, 2022, 6:08 am

**See All Tracking History**

Feedback

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Wells Fargo Bank N.A<br>P.O. Box 17900<br>Danver, Colorado 80217-0900 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>SEP 17 2022<br>ALAN BAXTER |
|  | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

9590 9402 7501 2098 7472 19

2. Article Number *(Transfer from service label)*

7022 0410 0003 3523 3054

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt