# USPS Tracking®



EXHIBIT

9

FAQs >

**Tracking Number:**                                                                 **Remove ✕**

# 70220410000335231319

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent for final delivery in SAN FRANCISCO, CA 94104 on September 2, 2022 at 10:26 am.

## Get More Out of USPS Tracking:

### USPS Tracking Plus®

## Delivered to Agent
### Delivered to Agent for Final Delivery

SAN FRANCISCO, CA 94104
September 2, 2022, 10:26 am

**See All Tracking History**

Feedback

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *Aung Aung*<br>X  *Aung Aung*  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Michael P. Santomassimo<br>C/o Wells Fargo Bank N/A<br>420 Montgomery Street<br>San Francisco, California 94104 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 7501 2098 7473 56

2. Article Number *(Transfer from service label)*

7022 0410 0003 3523 1319

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☒ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Collect on Delivery Restricted Delivery | |
| ☐ Insured Mail | |
| ☐ Insured Mail Restricted Delivery (over $500) | |

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# USPS Tracking®



EXHIBIT
9.1

FAQs >

**Tracking Number:**

**Remove ✕**

# 70220410000335233221

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 10:08 am on September 26, 2022 in SAN FRANCISCO, CA 94104.

## Get More Out of USPS Tracking:

### USPS Tracking Plus®

## Delivered

### Delivered, Individual Picked Up at Postal Facility

SAN FRAN...
Septembe...

See All Trac...

Text & Em...

USPS Trac...

Product In...

Track Another Pac...

Enter tracking or barcode numbers

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94101
Attn: Munura & Carr
Michael Senfuma Kima

9590 9402 7501 2098 7470 59

2. Article Number *(Transfer from service label)*

7022 0410 0003 3523 3221

Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Aung Aung*    ☐ Agent
               ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt