**Auto**



EXHIBIT

14

# Vehicle Retrieval Inspection

NOTE TO ALL PARTIES: No fees or charges are to be demanded or collected by Releasing Party upon retrieval of the Vehicle.

| Location | | |
|---|---|---|
| 790 Dunbar Rd Bryon, GA 31008 | | |
| **Vehicle Make/Model/Year** | | **Vehicle Identification Number (VIN)** |
| 2019 CHEVROLET TRUCKS TAHOE | | 1GNSCBKC3KR303265 |
| **Retrieving Party** GORDON, WILLIAM | **Retrieving Party Representative:** *Gordon: William- Haywood attorney-in-fact* | **Releasing Party** SUPERIOR RECOVERY & TRANSPORT LLC |
| **Lender** Wells Fargo Bank | | |

On 12/23/2022, I inspected the above-referenced Vehicle. In the box below, I am listing any damage to the Vehicle that I believe occurred after it was repossessed and no longer in my possession. If no damage occurred, list none.

The below lists any personal property that I believe was in the Vehicle at the time it was repossessed and no longer in my possession but was not returned to me as of the date I am signing this form. If no personal property was left in the Vehicle or if all personal property was returned, list none.

*All*

OF-XXX (12/23/2022)

Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2020 Wells Fargo Bank, N.A. All rights reserved.

By signing below, Retrieving Party declares that the above is true and accurate to the best of their knowledge, information and belief.

_____12/23/2022_____
Date

| |
|---|
| Retrieving Party Signature |
| Gordon; William-Haywood/attorney-in-fact |
| Print Name |
| Gordon; William -Hayword |

signed under duress in violation of FDCPA

By signing below, Releasing Party declares that the above-referenced Vehicle was released to Retrieving Party and a copy of the document was provided to the same. Alternatively, if the box below is checked, Releasing Party declares that the above-referenced Vehicle was released to Retrieving Party, but Retrieving Party declined to execute this document.

| | |
|---|---|
| Releasing Party Signature | Date |
| Print Name | ☐ Retrieving Party declined to execute this document |

OF-XXX (12/23/2022)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2020 Wells Fargo Bank, N.A. All rights reserved.