FROM: Gordon; William-Haywood
1659 Highway 20 West Suite 370
McDonough, Georgia 30253

 **☐ORIGINAL**

# CERTIFICATE OF SERVICE

Gordon; William-Haywood appeared before the undersigned notary with the following documents to be sealed in a pre-paid envelope, to be mailed to:

**ATTENTION: SUPERIOR RECOVERY AND TRANSPORT, LLC**
**Registered Agent: George Wiley Hardison**
790 Dunbar Road
Byron, Georgia 31008



EXHIBIT

**15**

**The Documents enclosed are identified as:**

1. Certificate of Service
2. Cease and Desist
3. Affidavit of Truth (violations of the FDCPA, FCRA and invoice)

I undersigned Notary Public, being commissioned in the County of Henry and State of Georgia, do certify that Gordon, William-Haywood appeared before me with the following documents listed above. I the undersigned Notary do personally verify that the documents were placed in an envelope and sealed before me. The **certified** mailing number is **7022 0410 0003 3523 3504** is being sent **United States Postal Service** to SUPERIOR RECOVERY AND TRANSPORT, LLC at 790 Dunbar Road, Byron, Georgia 31008

Date: 12/23/2022

By: *Without Recourse* Gordon, : William- Haywood /attorney-in-fac

*All Rights Reserved*

## ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this 23 day of December A.D. 2022, a Notary, that William Haywood Gordon personally appeared and known to me to be the man whose name subscribed to within the instrument and acknowledge to be the same.

Notary Public in and for said State of Georgia

TERESA HARRIS
NOTARY
EXPIRES [Seal]
GEORGIA
February 1, 2026
PUBLIC
HENRY COUNTY

My Commission expires: February 1, 2026

Certificate of Service – SUPERIOR RECOVERY AND TRANSPORT, LLC

ORIGINAL

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: C & D Violations
ATTN: George Wiley Hardison
Superior Recovery & Transport, LLC
790 Dubart Road
Byron, Georgia 31008

9590 9402 7501 2098 7467 31

2. Article Number *(Transfer from service label)*

7022 0410 0003 3523 3504

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053             Domestic Return Receipt