

# Auto

**Wells Fargo Auto**
MAC D0202-030
PO BOX 33068
RALEIGH, NC 27636

**EXHIBIT**

17

**Notice of our plan to sell your Vehicle**

12/23/2022

Name:    WILLIAM GORDON
Address: ███████████████████████

Account:    1873

Subject: Opportunity to get your vehicle back and information about upcoming vehicle sale

Dear WILLIAM GORDON:

We are writing to let you know we have your 2019 CHEVROLET TRUCKS TAHOE 1GNSCBKC3KR303265, (Vehicle), and it may be sold because you did not keep promises in your auto financing agreement (Agreement).  We plan to sell the Vehicle at a private sale sometime after 01/03/2023, unless you request a public sale. Please see details below about the upcoming sale and how you can get your Vehicle back. You can call us with questions or to discuss your options at 1-888-937-9992.

| | |
|---|---|
| **How can you get your Vehicle back?** | You can get your Vehicle back at any time before we sell it by:<br><br>☒ "redeeming" your Vehicle - paying us **$57,048.58**, which is the full amount you owe, including certain repossession costs, or<br><br>☐ "reinstating" your Agreement - paying us **N/A**, which is the past due amount, plus certain repossession costs.<br><br>**Please refer to *Details on getting your Vehicle back* on the next page for important details.**<br><br>Please be advised, if you do not redeem your Vehicle or reinstate your Agreement, the Vehicle will be sold as described below. |
| **How can you learn about specific payment, sale, and personal property information?** | Call us at 1-888-937-9992, or<br>Write us at Wells Fargo Auto PO BOX 33068, RALEIGH, NC 27636:<br>• If you want us to explain in writing how we determined the amount you owe us.<br>• If you need more information about the sale, including details about the scheduled sale date.<br>• For information on how to retrieve any personal property left in the Vehicle. |
| **About the sale of your Vehicle** | ☐ Public sale:<br>We plan to sell the Vehicle at a public sale. The sale will be held as follows:<br><br>Day and Date:<br>Time:<br>Place:<br><br>You may attend the public sale and bring bidders.   ☒ Private sale:<br>We intend to sell the Vehicle at a private sale, sometime after 01/03/2023<br><br>The Vehicle will be sold as described above, unless you redeem your Vehicle or reinstate your Agreement as outlined in this notice. You have the right to demand a public sale of the Vehicle. If you would like to do so, you'll need to send us a written |

The Vehicle will be sold as described above, unless you agree your vehicle or reinstate your Agreement as outlined in this notice. You have the right to demand a public sale of the Vehicle. If you would like to do so, you'll need to send us a written demand and we must receive it within 10 days from the date of this notice. We will honor your demand no matter how you deliver it to us – whether by certified or registered mail, overnight mail or otherwise.  Once you demand a public sale, we will send you a letter with the date, time and place of that public sale.

| Who else is receiving this notice? | **Others receiving this letter**<br>We are sending this notice to the following additional people who have an interest in the Vehicle or who owe money under your Agreement:<br><br>N/A |



*Continued on next page*

GA-01 09/26/22
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2020 Wells Fargo Bank, N.A. All rights reserved.

**Details on getting your Vehicle back**

You can get the Vehicle back at any time before we sell it based on your options below. If you have questions about either option, or need additional information, please call us at 1-888-937-9992, or write us at Wells Fargo Auto, MAC D0202-030, PO BOX 33068, RALEIGH, NC 27636.

☐ You may choose option A or B. Depending on your choice, follow instructions in the appropriate section.

☒ Your only option is to redeem the Vehicle. Follow the instructions in Section B.

| A. **Reinstate the Agreement** by paying the **Reinstatement Total Due** prior to the sale of the Vehicle. | | B. **Redeem the Vehicle** by paying the **Estimated Redemption Total Due** prior to the sale of the Vehicle. | |
|---|---|---|---|
| Past due payments | N/A | Outstanding balance | $56,160.73 |
| Late charges due | N/A | Late charges due | $137.85 |
| Costs of repossession | N/A | Costs of repossession | $750.00 |
| **Reinstatement Total Due** | N/A | **Estimated Redemption Total Due*** | $57,048.58 |

\* You may also be entitled to credits not listed here, which may further reduce the Estimated Redemption Total Due.

| | |
|---|---|
| **What happens if you *reinstate* the Agreement?** | The Vehicle will be returned to you. You then will need to resume making payments, including any additional payments that may have come due after the date of this Notice. <br><br> • There will be no interest or late charges between the date of repossession and the date the Agreement is reinstated. <br><br> • Daily interest and late charges will resume from the date your Agreement is reinstated. <br><br> • There may be additional repossession costs that are received after the date of this Notice. You are not required to pay these to have your Vehicle returned, but these charges may be added to your account. <br><br> As a courtesy, we are letting you know that another payment of N/A is due on N/A. While you are not required to make this specific payment to have your Agreement reinstated, if you do not make it, you will fall behind on your payments. |
| **What happens if you *redeem* the Vehicle?** | We have no further claim to the Vehicle. No interest or late charges will be applied after the date the Vehicle was repossessed. |
| **What happens if we *sell* the Vehicle?** | The money we get from the sale (after paying certain costs) will be applied to the amount you owe. <br><br> • If we get less money than you owe, you will owe us the difference. <br> • If we get more money than you owe, you will receive the extra money, unless we must pay it to someone else. <br><br> No interest or late charges will be applied after the date the Vehicle was repossessed. |
| **What is included in repossession costs?** | Whether you reinstate your Agreement, redeem your Vehicle or we sell your Vehicle, you may be responsible for certain repossession costs. Examples of costs related to repossession may include, but are not limited to, the cost to take possession of and sell the Vehicle. |
| **How can you speed up the Vehicle's release?** | Paying with certified funds (such as a certified check) may speed up the release of your Vehicle. Paying with non-certified funds (such as a personal check) may delay the release of your Vehicle. |

**We're here to help**

If you have questions or would like to learn more about available payment methods, please call us at 1-888-937-9992, Monday - Thursday, 7:00 a.m. to 7:00 p.m. and Friday, 7:00 a.m. to 6:00 p.m. Central Time. For customers with hearing or speech disabilities, we also accept telecommunications relay service calls.

By:  Wells Fargo Auto

Telephone:  **1-888-937-9992**

**Wells Fargo Auto**
**PO BOX 17900**
**DENVER, CO 80217-7900**

(Address where payment should be mailed to redeem/reinstate)

4900 Buffington Road
College Park, GA 30349

(Address where repossessed Vehicle will be delivered upon redemption/reinstatement. Your Vehicle's location may change. Please contact us to verify the location of the Vehicle.)

**The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.**