EXHIBIT

19



495 Watson Blvd Warner Robins, Georgia 31093

478-922-9341  Fax: 478-922-4073

January 19, 2023

Via Certified Mail 7000 0520 0025 3986 3970
 and First Class Mail

William Haywood Gordon
1659 Highway 20 West Suite 370
McDonough, Georgia 30253

        Re: Rejection of Notice of Recission

Dear Sir:

        We are in receipt of the Notice of Recission you sent to Five Star Chevrolet Cadillac, LLC.  After having reviewed this document, all allegations and demands contained therein are rejected.  The transaction was completed in compliance with all state and federal laws, and the Retail Installment Sales Contract clearly states there is no cooling off period.  Five Star Chevrolet Cadillac, LLC does not owe you any money, is not returning any money to you, and no one from Five Star Chevrolet Cadillac, LLC will be coming to retrieve the vehicle you purchased.  Any further issue related to the transaction is between you and the lender Wells Fargo Dealer Services.

                                        Sincerely,

                                        Ken Jones
                                        General Counsel