**EXHIBIT**

18

FROM: Gordon; William-Haywood
1659 Highway 20 West Suite 370
McDonough, Georgia 30253

# CERTIFICATE OF SERVICE

Gordon; William-Haywood appeared before the undersigned notary with the following documents to be sealed in a pre-paid envelope, to be mailed to:

**COX AUTOMOTIVE, INC (MANHEIM AUTO AUCTION)**
**Registered Agent: CORPORATION SERVICES**
**PHYSICAL ADDRESS TO BE SERVED: 2 SUN COURT, SUITE 400,**
**PEACHTREE CORNERS, GEORGIA 30092**

**The Documents enclosed are for Case** 5:22-cv-458-MTT **identified as:**

1. Certificate of Service
2. Notice Motion FOR TEMPORARY RESTRAINING ORDER
3. STATEMENT OF FACT OF PREVIOUS MAILINGS

I undersigned Notary Public, being commissioned in the County of Henry and State of Georgia, do certify that Gordon, William-Haywood appeared before me as the **attorney in fact** with the following documents listed above. I the undersigned Notary do personally verify that the documents were placed in an envelope and sealed before me. The **certified** mailing number is **7022 0410 0003 3523 3559** is being sent **United States Postal Service** to COX AUTOMOTIVE, INC (MANHEIM AUTO ACTION's) Registered Agent, Corporation Services at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092

Date: 1/16/2023                    By: Gordon; William-Haywood/agent

## ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this 16 day of January A.D. 2023, a Notary, that William Haywood Gordon personally appeared and known to me to be the man whose name subscribed to within the instrument and acknowledge to be the same.

Notary Public in and for said State of Georgia

My Commission expires: February 1 2026

*(Seal)*
TERESA HARRIS
EXPIRES
GEORGIA
February 1, 2026
PUBLIC
HENRY COUNTY