60 days past due as of Nov 2022

30 days past due as of Oct 2022



**EXHIBIT**

20

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Dec 2022** | **$3,029** | **$127** | **$0 on 7/14/2022** |
| **Nov 2022** | **$2,989** | **$127** | **$0 on 7/14/2022** |
| **Oct 2022** | **$2,949** | **$127** | **$0 on 7/14/2022** |
| **Sep 2022** | **$2,909** | **$127** | **$0 on 7/14/2022** |
| **Aug 2022** | **$2,869** | **$87** | **$0 on 7/14/2022** |
| **Jul 2022** | **$2,654** | **$116** | **$194 on 7/14/2022** |
| **Jun 2022** | **$2,701** | **$85** | **$66 on 6/6/2022** |
| **May 2022** | **$1,514** | **$66** | **$66 on 5/4/2022** |
| **Apr 2022** | **$1,358** | **$37** | **$0** |
| **Mar 2022** | **$1,358** | **$0** | **$0** |
| **Feb 2022** | **$0** | **$0** | **$0** |

**Additional info**

Between Oct 2022 and Dec 2022, your credit limit/high balance was $2,951

Between Feb 2022 and Sep 2022, your credit limit/high balance was $3,200

 **Contact Info**

Address

1000 MACARTHUR BLVD,
MAHWAH NJ 07430

**WELLS FARGO AUTO**
**Potentially Negative**

**Account Info**

| | |
|---|---|
| Account Name | **WELLS FARGO AUTO** |
| Account Number | **517690XXXXXX** |
| Account Type | **Auto Loan** |
| Responsibility | **Individual** |
| Date Opened | **06/01/2022** |
| Status | **Open. $2,757 past due as of Nov 2022.** |
| Status Updated | **Nov 2022** |
| Balance | **$55,998** |
| Balance Updated | **11/30/2022** |
| Recent Payment | **$0** |
| Monthly Payment | **$919** |
| Original Balance | **$54,902** |
| Highest Balance | **$0** |
| Terms | **76 Months** |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | — | — | — | — | — | — | — | ✓ | 30 | 60 | 90 | — |

| | | | |
|---|---|---|---|
| ✓ | Current on payments | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |

**Payment history guide**

90 days past due as of Nov 2022

60 days past due as of Oct 2022

30 days past due as of Sep 2022

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Oct 2022** | **$55,610** | **$919** | **$0 on 7/18/2022** |
| **Sep 2022** | **$55,279** | **$919** | **$0 on 7/18/2022** |
| **Aug 2022** | **$54,891** | **$919** | **$0 on 7/18/2022** |

## Additional info

The original amount of this account was $54,902

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 71092, CHARLOTTE NC 28272 |
| Phone Number | (800) 289-8004 |

# WSFS UNICORN

 **Account Info**

| | |
|---|---|
| Account Name | WSFS UNICORN |
| Account Number | 368004XXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 06/07/2021 |
| Status | Open/Never late. |
| Status Updated | Feb 2023 |
| Balance | $37 |
| Balance Updated | 02/01/2023 |
| Recent Payment | $138 |
| Monthly Payment | $25 |
| Credit Limit | $1,500 |
| Highest Balance | $1,077 |
| Terms | NA |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | — | — | — | — | — | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current on payments

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jan 2023 | $34 | $25 | $170 on 12/30/2022 |