*my* Equifax˙                                                    WILLIAM GORDON     2

Home

YOUR CREDIT

Credit Score

**Credit Report** ∧

Summary

Revolving Accounts

Mortgage Accounts

**Installment Accounts**

Other Accounts

Consumer Statement

Personal Information

Inquiries

Public Records

Collections

Your Rights

YOUR IDENTITY

Freeze

Fraud & Active Duty Alerts

Dispute Center

Products for You

## Your Equifax credit report

**Credit Report date**

Equifax - February 24, 2023 ⌄

‹ Back

As of **February 24, 2023**

EXHIBIT
**21**
tabbies˙

# WELLS FARGO DLR SVC/WACH DLS

Report Date: Feb 24, 2023

| $54,902 | − | $-1,096 | = | $55,998 |
|---|---|---|---|---|
| Original Loan Amount | | Amount Paid | | Remaining Balance |

| **Details** | Payments | Historical |
|---|---|---|

## Overview

| | | | |
|---|---|---|---|
| **Account Number** | xxxxxxxx 1873 | **Months Reviewed** | 5 |
| **Account Status** | | **Activity Designator** | |
| NOT_MORE_THAN_FOUR_PAYMENT_PAST_DUE | | **Terms Frequency** | MONTHLY |
| **Owner** | INDIVIDUAL | **Term Duration** | 76 MONTHS |
| **Account Type** | INSTALLMENT | **Purchased From** | |
| **Creditor Classification** | | **Sold To** | |
| **Loan Type** | AUTO | | |
| **Original Creditor Name** | | | |

## Balance and Amounts

| | | ## Account Dates | |
|---|---|---|---|
| **Balance** | $55,998 | **Date Opened** | Jun 01, 2022 |
| **Credit Limit** | | **Date Reported** | Nov 30, 2022 |
| **High Credit** | $54,902 | **Date of Last Activity** | |
| **Available Credit** | | **Date of First Delinquency** | Sep 2022 |

## Comments and Contact

For questions regarding this account please contact:

**WELLS FARGO DLR SVC/WACH DLS**
P.O.BOX 1697
WINTERVILLE, NC 28590

**YOUR FEATURED
SAVINGS OFFERS**

Credit Cards, Loans ❯
& Insurance

## Disputes

If you find information in your credit report that you believe is incomplete or inaccurate, click FILE A DISPUTE.

FILE A DISPUTE

**EFX˙**

Copyright 2023 Equifax Inc. All rights reserved.

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

Privacy Policy
Terms of Use │ Ad Choices